IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR155 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JUAN MOYA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 184), leave of court is granted for the filing of the dismissal of the Petition for Action on Conditions of Pretrial Release (Filing No. 160).

IT IS ORDERED that the Motion to Dismiss the Petition for Action on Conditions of Pretrial Release (Filing No. 184) is granted.

Dated this 3rd day of June, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Senior United States District Judge